

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00125-CV

**PAY AND SAVE, INC.**,
Appellant

v.

Roel **CANALES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

## O R D E R

Extension of time to file reporter's record is hereby NOTED. Time is extended until May 15, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court